UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN WILLIE WILLIAMS,

        Plaintiff,

  v.

ST. HELENA CITY OF et al,

        Defendant.

Case Number: CV07-03581 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Willie Williams P54318
Napa County Department of Corrections
1125 Third Street
Napa, CA 94559

Dated: February 15, 2008

                                          Richard W. Wieking, Clerk
                                          By: Frank Justiliano, Deputy Clerk